# MINUTE ORDER

Page 1

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 6/18/2019    Time: 2:00 p.m.

Defendant: DERYL LEON     J#: 20157-104     Case #: 18-20403-CR-WILLIAMS SEALED

AUSA: Rick Deltoro     Attorney: David Garvin - perm

Violation: CONSPIRACY - Fuel credits     Surr/Arrest Date: 6/18/2019    YOB: 1977

Proceeding: Initial Appearance/Waiver of Indictment     CJA Appt:

Bond/PTD Held: ☐ Yes ☒ No     Recommended Bond: 10K PSB

Bond Set at: 10K PSB (stip)     Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs within 24 hours
- [x] Report to PTS as directed / or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [x] Not to encumber property
- [x] May not visit transportation establishments - For travel to Utah for pending case only
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: District of Utah - for pending case only
- [ ] Other:

Language: English

Disposition:
Information unsealed
Defense counsel filed a permanent notice of appearance
Waiver of Indictment executed
Reading of Information Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested
Appeals colloquy

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:01:18     Time in Court: 8 min

s/Alicia M. Otazo-Reyes     Magistrate Judge

Release ✓