USA v. Deryl Leon    18-CR-20403-Williams

## Statement of Facts

1. DERYL LEON is 39 years old and at all relevant times was a resident of Miami, Florida.

2. At all relevant times, LEON had offices at his home or a small commercial space in the Miami, Florida area.

3. LEON incorporated and opened Skinny Crow Music, Inc. ("Skinny Crow") in November 2005 because he planned to get into the music business.

4. Approximately five years later, LEON got involved in and made money buying and exporting feedstock, including used cooking oil, and other liquid products using Skinny Crow as the vehicle for these purposes.

5. In 2010, LEON reported to the IRS a profit of approximately $25,000 from Skinny Crow on his corporate income tax return.

6. By early 2011, LEON was using Skinny Crow exclusively to buy, collect, export, and sell used cooking oil and other liquid products. Through Skinny Crow, LEON became experienced in the logistics of handling the transportation of liquid products throughout the United States and internationally, including loading, trucking, shipping, storage, and brokering many types of liquid product.

7. Until approximately 2011, LEON's Skinny Crow operated out of his house.

8. At all times during the years involved with COMPANY-1, Skinny Crow had no plant, no processing equipment, or capacity to process and produce any kind of biofuel product. And LEON did not know how to produce biodiesel or biofuel.

### The India Biodiesel Scheme with False Invoices

9. In late August 2011, in Houston, Texas, LEON was introduced to and first met JOHN DOE-1, who asked LEON if he could buy biodiesel and ship it to India for JOHN DOE-1's company, COMPANY-1, which operated out of Utah.

10. JOHN DOE-1 was president and CEO and 50% owner of COMPANY-1, and held a Ph.D. in engineering.

11. JOHN DOE-2 was one of JOHN DOE-1's brothers, and was the chief financial officer and 50% owner of COMPANY-1 along with JOHN DOE-1.

12. LEON knew that these brothers also had another company called COMPANY-2, which they involved in their fuel business.

1

13. JOHN DOE-1's mother, MOTHER DOE, and wife, DOE-1'S WIFE, also worked for COMPANY-1.

14. In early September 2011, LEON and JOHN DOE-1 orally agreed that Skinny Crow would buy B99 biodiesel for COMPANY-1 and handle the logistics of shipping the product to India for COMPANY-1.

15. In mid-September 2011, LEON sent a draft contract to COMPANY-1 memorializing the oral agreement. MOTHER DOE returned the draft contract with an instruction to alter it to read that Skinny Crow would purchase "waste vegetable oil" rather than B99 biodiesel. LEON understood that he was still to purchase B99 biodiesel and not "waste vegetable oil" despite the alteration to the written contract.

16. Between September 2011 and February 2012, at the request of JOHN DOE-1 and MOTHER DOE, LEON created, altered, signed, and sent numerous false documents relating to his purchase/shipment of biodiesel to India on behalf of COMPANY-1:

    a. At the time, LEON was not completely aware of how JOHN DOE-1, MOTHER DOE, and COMPANY-1 were using the false documents;

    b. Neither LEON nor Skinny Crow received any additional compensation for creating, altering, or signing the false paperwork.

17. From in or about September 2011 through mid-December 2011, LEON bought B99 biodiesel from a Florida source. Over these same months, LEON arranged for the biodiesel to be transported to India. The last shipment arrived in India in or about January 2012.

18. LEON submitted invoices for the sale of B99 biodiesel to COMPANY-1. Subsequently, pursuant to the instructions of JOHN DOE-1 and MOTHER DOE, LEON altered the invoices to falsely state that Skinny Crow had sold "used cooking oil" to COMPANY-1.

19. At the request of MOTHER DOE, LEON also signed and submitted a false Feedstock Certification document that falsely certified he had provided COMPANY-1 with "feedstock" when in fact he had provided B99 biodiesel.

20. In addition, on February 10, 2012, weeks after the last of the B99 biodiesel had been delivered to India, MOTHER DOE asked LEON to fill out, sign, backdate and return to her a COMPANY-1 "Toll Processing Agreement," which falsely stated the following:

    a. COMPANY-1 had provided liquid biomass feedstock to Skinny Crow;

    b. Skinny Crow had processed the liquid biomass feedstock and produced "biomass fuel" to certain standards to meet specifications, and done so at a plant during a production process using equipment, labor, and utilities;



2

    c. Skinny Crow was blending the "biomass fuel" with "taxable fuel"; and

    d. Skinny Crow would not bill COMPANY-1 for the processing and production of any biomass fuel that did not meet specifications.

21. On February 10, 2012, LEON filled out, signed, and backdated the false COMPANY-1 "Toll Processing Agreement." He returned it to MOTHER DOE at COMPANY-1 within five minutes.

22. LEON did not process or blend product. Any blending certificates that state LEON or Skinny Crow blended any product are false.

23. LEON reported $194,422 of income from Skinny Crow on his 2011 federal income tax return.

### The Fake Gen-X Invoices Scheme

24. In November 2011, MOTHER DOE met LEON at the Miami, Florida airport for lunch. Shortly after the meeting, MOTHER DOE asked LEON to create fake invoices. She asked LEON to have these invoices falsely state that Skinny Crow sold used cooking oil to a company called Gen-X in Moses Lake, Washington. LEON falsely listed the containers he had used to ship B99 biodiesel to India for COMPANY-1 on these fake Gen-X invoices.

25. LEON was not aware of the purposes for which MOTHER DOE was using these fake Gen-X invoices. Skinny Crow never sold anything to Gen-X.

### The Fake Skinny Crow Invoices Scheme

26. In January 2012, JOHN DOE-1 and MOTHER DOE also asked LEON to prepare an entire series of fake Skinny Crow invoices for COMPANY-1, which falsely stated that Skinny Crow sold to COMPANY-1 a total of 39 million pounds of used cooking oil between August 5, 2011 and December 30, 2011. LEON did not sell any used cooking oil to COMPANY-1 in 2011. LEON was not aware of the purposes for which JOHN DOE-1 and MOTHER DOE were using these fake Skinny Crow invoices.

### The Panama Scheme with False Invoices

27. In January 2012, JOHN DOE-1, MOTHER DOE, and DOE-1'S WIFE agreed with LEON to have the next shipment of B99 biodiesel he bought and transported for COMPANY-1 delivered to, and then through, Panama before being shipped to California. The scheme involved the following false documents and statements:



a. LEON prepared the false invoices and related documents for the B99 biodiesel SCM bought in Florida for COMPANY-1 to read that it was "used cooking oil" that SCM sold to COMPANY-1 instead of biodiesel;

b. COMPANY-1 and/or COMPANY-2 bought B99 biodiesel from a source in Arkansas, and similarly falsely claimed that the B99 biodiesel it bought was sold to COMPANY-1 by Skinny Crow as "used cooking oil";

c. COMPANY-1 falsely claimed on paper that it paid Skinny Crow to process the used cooking oil into blended heating oil, and then sold the heating oil to Skinny Crow;

d. Skinny Crow then had the B99 biodiesel shipped via boats from the United States to Panama and then "sold" (on paper only) the B99 to a company in Panama describing it as "UCO for further processing."

e. The Panamanian company then transported the B99 by truck across Panama, and then "sold" (on paper only) the B99 biodiesel labeled as used cooking oil back to Skinny Crow and/or its designee, CE, a company owned by LEON's business associate;

f. The B99 biodiesel was then imported into California and falsely described as used cooking oil when it was "sold" to COMPANY-1;

g. LEON created false CE invoices that stated CE "sold" this "used cooking oil" to COMPANY-1, when in fact the product had always been B99 biodiesel;

h. The B99 was in fact always owned by COMPANY-1 throughout the entire process;

i. Once the 97 containers reached the port of Los Angeles, they were transferred to Titan Terminal.

**The Fake Cytek Invoices Scheme**

28. Around the same time, in early 2012, MOTHER DOE, JOHN DOE-2 and JOHN DOE-1 asked LEON to create more fake invoices for CE that falsely stated that CE had sold four million gallons of used cooking oil to COMPANY-1 between August 5, 2011 and December 30, 2011. LEON was not aware of the purposes for which MOTHER DOE and JOHN DOE-2 were using these fake CE invoices.

29. At MOTHER DOE's request, LEON also had filled out, signed, and submitted to COMPANY-1 a fake and undated Feedstock Certification document, which falsely stated that CE had provided feedstock that qualified as "renewable biomass" to COMPANY-1.



### The Dayton, Texas Scheme with False Invoices

30. LEON incorporated Catan Trading Co. in February 2012, and began using this company to handle the buying and selling of commodities. In addition, LEON created Catan in order to begin to separate himself from his business associates that he was then paying through Skinny Crow.

31. LEON next bought 100,000 gallons of B99 biodiesel for COMPANY-1 between May and September 2012 in Houston, Texas, and agreed to do the following:

    a. Not reveal that the biodiesel was being trucked from Houston to a plant in Dayton, Texas, which JOHN DOE-1 told him COMPANY-1 controlled;

    b. Make up a false zip code and address for the destination of the product;

    c. Provide false invoices to COMPANY-1 describing the product "sold" to COMPANY-1 as used cooking oil.

32. LEON was not informed as to the true destination of the B99 biodiesel he purchased for COMPANY-1, or the purposes of mislabeling it as used cooking oil.

### The Morrissey Oil Scheme with False Invoices

33. LEON next agreed to handle the logistics for transporting biodiesel that COMPANY-1 bought from an Irish company in the final quarter of 2012. LEON agreed to transport the fuel from Houston to COMPANY-1's Dayton, Texas facility. At the request of MOTHER DOE, LEON prepared invoices that falsely described the product being shipped as feedstock called "Fatty Acid."

34. At or around the same time, LEON agreed to handle the logistics for transporting COMPANY-1's biodiesel from Plymouth, Utah to Taiwan. He and his associates moved the biodiesel via truck and rail from Plymouth to Oakland, California, and then via ship to Taiwan.

35. LEON believes that COMPANY-1 created invoices that falsely listed Skinny Crow as the domestic buyer of the biodiesel shipped to Taiwan.

36. LEON reported $338,138 of income from Skinny Crow on his 2012 federal income tax return.



## *Conspiracy to Defraud the United States and Impede the IRS*

### **The Westway Scheme: Rotating Product and Cycling Funds**

37. On or about Memorial Day, 2013, LEON traveled with JOHN DOE-1 and his wife DOE-1'S WIFE to Venezuela. During that trip, JOHN DOE-1 offered LEON $10 million dollars to become part of a new scheme.

38. LEON agreed to help obtain and handle the logistics for several million gallons of biodiesel, and to then find and rent additional storage tanks for COMPANY-1 and Skinny Crow/Catan. He was also instructed to rotate the biodiesel between storage tanks via barges so as to fraudulently make it appear that the biodiesel was being produced and/or blended and then sold.

*JOHN DOE-1's foreign bank accounts*

39. JOHN DOE-1 shared details with LEON of JOHN DOE-1's foreign entities and bank accounts he used to hide his money, and suggested to LEON that he set up foreign entities and bank accounts where LEON could hide some or all of his earnings.

40. It took several weeks for LEON to secure additional storage tanks, biodiesel, and barges for this scheme. LEON first located and rented storage tanks at two Westway Terminals in Houston, Texas, where COMPANY-1 already had tank storage space. In late July 2013, he flew to Salt Lake City for an in-person meeting shortly before the rotation was to begin.

*The 100 million gallon goal*

41. At this July 2013 meeting with JOHN DOE-1 and DOE-1'S WIFE, LEON was told that the goal of the biodiesel rotation scheme would be for LEON to rotate 100 million gallons of product. LEON came to understand and agree that rotating that many gallons would allow COMPANY-1 to falsely and fraudulently claim that it had produced and/or blended 100 million gallons of biodiesel, which would then allow COMPANY-1 to fraudulently obtain $100 million from the IRS, of which LEON was going to be paid $10 million.

42. Between June and December 30, 2013, LEON and JOHN DOE-1 and others at COMPANY-1 obtained approximately 10 to 15 million gallons of B100 biodiesel, B99 biodiesel, and used cooking oil. LEON mixed all these together in storage tanks in two terminals in Houston, Texas and one in Louisiana, and then repeatedly rotated the mixed product between these tanks via barges.

43. LEON created some fake invoices but understood that the COMPANY-1 team would prepare the bulk of the fake, false, fraudulent and sometimes forged documents for the scheme. Leon also understood that COMPANY-1 would be filing $100 million in fraudulent refund claims from the IRS.

*The Spreadsheet*

44. Shortly after this late July trip to Salt Lake City, LEON created a spreadsheet in order to detail, date, and keep track of the number of gallons rotated between the storage tanks, and he sent the spreadsheet to JOHN DOE-1 and DOE-1'S WIFE via email.

45. From that point forward, LEON, DOE-1'S WIFE and JOHN DOE-1 maintained and added to the spreadsheet, which they kept only on a thumb drive. They exchanged this thumb drive in person. They no longer emailed the spreadsheet or the information it contained for fear that it would exist in "cyberspace."

*Cycling of Funds*

46. JOHN DOE-1, DOE-1'S WIFE, and LEON also agreed to cycle funds between bank accounts maintained by Skinny Crow, Catan, and COMPANY-1, so as to make it appear that biodiesel was being purchased, produced and/or blended, and then sold.

47. DOE-1'S WIFE sent LEON a fake invoice that falsely stated Catan purchased 4.5 million gallons of biodiesel from COMPANY-1 for over $12 million.

48. LEON initially understood that the agreement included only him, JOHN DOE-1, and DOE-1'S WIFE, but later learned that both MOTHER DOE and JOHN DOE-2 were also part of the agreement.

49. In August 2013, JOHN DOE-2 sent LEON $1 million to begin the cycling of funds.

Between August 2013 and March 2014, JOHN DOE-1, JOHN DOE-2, DOE-1'S WIFE, MOTHER DOE, and LEON cycled over $417 million dollars between COMPANY-1, Catan, and Skinny Crow designed to give the false appearance that COMPANY-1 was producing and selling millions of gallons of fuel that qualified for refundable fuel tax credits. LEON used some of the cycled funds to pay costs associated with the scheme.

50. In addition, DOE-1'S WIFE faxed a series of fake invoices to LEON every few days, which would provide him with the amounts to return to COMPANY-1 out of the wired funds, and which also would serve to fraudulently document that biodiesel transactions were being completed. LEON deleted the invoices from his efax after making the payments.

*The Panama Roundtrip*

51. In August/September 2013, LEON and JOHN DOE-2 traveled to Panama to prepare for another part of the fraudulent Westway rotation scheme.

    a. With the help of Panamanians, JOHN DOE-2 established a foreign entity in the British Virgin Islands named Atrum Ltd.;

    b. LEON arranged for approximately 3.5 million gallons of the mixed product in Houston, Texas to be loaded onto a ship as if sold by COMPANY-1 to Catan, and then transported to Isla Melones, Panama, where it was offloaded into a tank;



7

   c. LEON then had the same 3.5 million gallons reloaded onto the same ship and returned to Houston, where it was "sold" by Atrum back to COMPANY-1 as B100 biodiesel;

   d. DOE-1'S WIFE sent LEON a blank invoice from her personal email address for him to use to create a fake Atrum invoice;

   e. COMPANY-1 paid over $1 million in costs to transfer these same gallons of mixed product to Panama and back in the same ship;

   f. JOHN DOE-2, DOE-1'S WIFE, JOHN DOE-1 and LEON fraudulently inserted Catan into the scheme to make it appear that COMPANY-1 had sold biodiesel in the United States for use as fuel;

   g. JOHN DOE-2, DOE-1'S WIFE, JOHN DOE-1 and LEON fraudulently inserted Atrum into the scheme to make it appear that COMPANY-1 had purchased and imported more B100 biodiesel, which it could then falsely claim to blend into B99 biodiesel;

   h. Solely as a result of this Panamanian roundtrip scheme, LEON believes COMPANY-1 may have fraudulently claimed $7 million in tax credits.

*The Diesel Purchase*

52. In or around November 2013, LEON's co-conspirators asked him to store diesel fuel that they had purchased as part of the scheme in a storage tank in Texas. LEON understood COMPANY-1 would later falsely claim that it used the diesel fuel to blend B100 biodiesel into B99 biodiesel. The diesel fuel was never used for blending.

*Covert Communications*

53. As the conspiracy to defraud the United States progressed, LEON's methods of communication with JOHN DOE-1, DOE-1'S WIFE, MOTHER DOE, and JOHN DOE-2, became more and more covert:

   a. In early 2014, LEON was provided with a "burner phone" so that LEON could communicate with JOHN DOE-1, DOE-1'S WIFE, MOTHER DOE, and JOHN DOE-2 without being traced.

   b. The participants in the scheme not only called each other using "burner phones," but increasingly sent texts and faxes rather than emails.

   c. The false, fake and fraudulent invoices were often sent by fax rather than email and then deleted.

   d. LEON continued to obtain several other "burner phones" after the first was used.



8

    e. JOHN DOE-2 also bought JOHN DOE-1, LEON, and himself "burner phones" to be used in the scheme.

    f. The participants also kept documents and spreadsheets on thumb drives, which they exchanged in person rather than sending via email.

    g. The participants also used encrypted messaging services such as "What's App."

    h. At times, and often with little to no notice, JOHN DOE-1 would request that LEON fly to Salt Lake City or elsewhere for in-person meetings to discuss the scheme's details rather than talk over the phone.

54. At the close of the year 2013, the Westway rotation of product ended because the tax credit expired. However, the cycling of funds continued into March 2014 in order to make it appear that the fictional sales transactions for the biodiesel COMPANY-1 claimed to have produced or blended in 2013 was still ongoing.

55. During the first half of 2014, LEON assisted COMPANY-1 with the logistics of transporting the remaining mixed product to foreign buyers to whom COMPANY-1 had contracted to sell. LEON understood and agreed that one of his companies would be fraudulently listed on these sales transactions as the domestic buyer from COMPANY-1 or COMPANY-2 in order to create paperwork for COMPANY-1 to fraudulently claim tax credits.

### 2014 Cycling of Funds and Fake Invoices

56. In September and October 2014, JOHN DOE-1, DOE-1'S WIFE, JOHN DOE-2, and LEON cycled over $100 million between Skinny Crow, Catan, and COMPANY-1, to give the false appearance that COMPANY-1 had produced and sold millions of gallons of fuel that qualified for refundable fuel tax credits. LEON was told he would be paid $2 million for his role in this new cycling scheme.

57. During these two months, JOHN DOE-2 transferred millions of dollars from COMPANY-1's bank account to Catan's bank account every few days.

58. DOE-1'S WIFE faxed sets of fake invoices to LEON every few days. These invoices provided LEON with the amounts to return to COMPANY-1. LEON included the fake invoice numbers as part of his transfer of funds to COMPANY-1 and then deleted the invoices from his efax.

59. LEON wired approximately $99 million dollars through his accounts and then back to COMPANY-1 per the instructions of DOE-1'S WIFE and JOHN DOE-1.



9

### 2015 Cycling of Funds and Fake Invoices

60. In early 2015, LEON was contacted by JOHN DOE-1 and asked to participate in another cycling of funds scheme.

61. In the month of April 2015 alone, JOHN DOE-2 and JOHN DOE-1 and MOTHER DOE cycled approximately $588 million between the bank accounts of COMPANY-1, Catan and Skinny Crow to give the false appearance that COMPANY-1 had produced and sold millions of gallons of fuel that qualified for refundable fuel tax credits:

    a. Specifically, JOHN DOE-2 sent LEON's Catan account 15 separate transfers from COMPANY-1's account;

    b. 13 of the 15 transfers exceeded $41 million and were on consecutive business days;

    c. LEON transferred the funds from his Catan account into his Skinny Crow account;

    d. Then LEON transferred the funds back from his Skinny Crow account to COMPANY-1, except for approximately $10,000;

    e. MOTHER DOE would either call him or text him on burner phones to provide him the amount of money to transfer back, and provide invoice numbers;

    f. For most wires, LEON included these multiple invoice numbers with his transfer to make it appear that he was paying invoices from COMPANY-1 for some biodiesel type product.

62. LEON understood his co-conspirators at COMPANY-1 would create fake, fraudulent, or forged invoices.

### "A Little Hollywood": 2015-2016 Cycling of Funds and Fake Invoices

63. In November 2015, LEON received a call from JOHN DOE-1, who asked him to again participate in a cycling of funds scheme with fake invoices. JOHN DOE-1 told LEON that they needed "a little Hollywood" and asked him to secure two more entities to include in the scheme.

64. LEON asked a friend to participate in the scheme, and they agreed to use his friend's company known as UF. In addition, LEON used another company, Xena, that he had incorporated. LEON and JOHN DOE-1 agreed to do two simultaneous cycling schemes. One using COMPANY-2, Xena and UF, and the other using COMPANY-1, SCM and Catan.



65. Beginning around Thanksgiving 2015, JOHN DOE-1 and JOHN DOE-2 began transferring funds to LEON's Catan account. LEON and the others moved over $13.6 million in the same manner as the previous schemes: COMPANY-1 to Catan, Catan to SCM and SCM back to COMPANY-1.

66. At around the same time, however, JOHN DOE-2 transferred $1 million from COMPANY-1 into a newly opened bank account under the name of COMPANY-2, and then transferred those funds to Xena. LEON and JOHN DOE-1 and JOHN DOE-2 cycled this $1 million nine separate times so that more than $8.6 million moved between COMPANY-2, Xena, and UF, and back to COMPANY-2 to give the false appearance that COMPANY-1 was producing and selling millions of gallons of fuel that qualified for refundable fuel tax credits.

67. In December 2015, after the money had already started cycling, LEON flew to Salt Lake City in order to discuss the new scheme with JOHN DOE-1, JOHN DOE-2, MOTHER DOE, and DOE-1'S WIFE. While there, JOHN DOE-1 told LEON that he intended to cycle $1.2 billion with LEON during this scheme.

68. The participants in this cycling scheme also created fake invoices.

69. In or around late January 2016, JOHN DOE-1 stopped cycling the funds, and called LEON and told him that they had to "slow down." This cycling scheme was stopped and never completed.

### "Soybeans"

70. On February 4, 2016, JOHN DOE-1 called LEON to alert him that he had been informed that federal agents were planning to "raid" COMPANY-1 later that week. JOHN DOE-1 told LEON he would use the code word "soybeans" if and when it happened.

71. On February 10, 2016, JOHN DOE-1 called LEON and told him "we bought soybeans today, you should get prepared."

72. In phone calls after February 10, both JOHN DOE-1 and MOTHER DOE urged LEON not to talk to the federal authorities if he was contacted. JOHN DOE-1 asked LEON to meet him in Cancun, Mexico. LEON declined.

73. On February 28, 2016, JOHN DOE-1 flew from Cancun, Mexico to Miami, Florida and asked LEON to meet him there. LEON met JOHN DOE-1 at a motel, where JOHN DOE-1 asked him to take off his shirt to prove he was not wearing a wire. Both their cell phones were placed in the microwave. JOHN DOE-1 urged LEON not to talk and to be strong. He tried to convince LEON that "they had outs".



74. On March 2, 2016, LEON received in the mail another "burner phone" to use in continuing to communicate with his co-conspirators. LEON believes the phone was sent by JOHN DOE-1 and MOTHER DOE.

75. On March 10, 2016, MOTHER DOE emailed to LEON a video from Youtube called "Don't Talk to Cops."

I certify that I have carefully read this statement of facts, reviewed it with my attorney, and the facts laid out herein are true and correct.

Date: 6/19/2019  By: _____
DERYL LEON
DEFENDANT